

FILED

FOR PUBLICATION

NOV 07 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**VAZKEN MOVSESIAN; HARRY ARZOUMANIAN; GARO AYALTIN; MIRAN KHAGERIAN; ARA KHAJERIAN, individually and on behalf of all others similarly situated including thousands of senior citizens, disabled persons and orphans as well as on behalf of the general public and acting in the public interest**,

Plaintiffs - Appellees,

v.

**VICTORIA VERSICHERUNG AG, a German corporation; ERGO VERSICHERUNGSGRUPPE AG, a German corporation**,

Defendants,

and

**MUNCHENER RUCKVERSICHERUNGS- GESELLSCHAFT AKTIENGESELLSCHAFT AG, a German corporation**,

Defendant - Appellant.

No. 07-56722

D.C. No. CV-03-09407-CAS-JWJ

ORDER

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Bybee did not participate in the deliberations or vote in this case.